**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| JAMES GORDON,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN & MORGAN, P.A. and MORGAN & MORGAN, JACKSONVILLE, PLLC,<br><br>Defendants. | CASE NO. 3:25-cv-00203 |

**DEFENDANT MORGAN & MORGAN, P.A.'S LOCAL RULE 3.01(g)(3)**
**STATEMENT CERTIFYING ADDITIONAL CONFERRAL**

Pursuant to Local Rule 3.01(g)(3), Middle District of Florida, Defendant Morgan & Morgan, P.A.'s counsel certifies that, after filing Defendant's Motion to Dismiss Plaintiff's Complaint [DE 9], she was able to connect with Plaintiff's counsel concerning the relief Defendant is seeking in its Motion to Dismiss. Plaintiff, through his counsel, states that he intends to oppose the relief Defendant is seeking in its Motion to Dismiss.

Respectfully submitted,

Respectfully submitted,

**FORDHARRISON LLP**

*/s/ Viktoryia Johnson*

>Luis A. Santos
>*LEAD COUNSEL*
>Florida Bar Number 84647
>lsantos@fordharrison.com
>Viktoryia Johnson
>Florida Bar No. 125545
>vjohnson@fordharrison.com
>401 East Jackson Street, Suite 2500
>Tampa, FL 33602-5133
>Telephone: (813) 261-7800
>Facsimile:  (813) 261-7899
>
>Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send a notice of electronic filing to:

>Rachel L.T. Rodriguez, Esquire
>Vires Law Group, PLLC
>515 N. Flagler Dr., Suite 350
>West Palm Beach, FL 33401
>rrodriguez@vireslaw.group
>***Attorneys for Plaintiff***

>*/s/ Viktoryia Johnson*
>Attorney

WSACTIVELLP:114206256.1 - 5/6/2025 10:23 AM