UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JAMES GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:25-CV-00203 |
| ) | |
| MORGAN & MORGAN, P.A., and ) | JURY TRIAL DEMANDED |
| MORGAN & MORGAN ) | |
| JACKSONVILLE PLLC ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### PLAINTIFF JAMES GORDON'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

__x__ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: <u>Charge No. 510-2023-01082, *James Gordon v. Morgan & Morgan*, now closed at the Equal Employment Opportunity Commission and the Florida Commission on Human Relations; Case No.: 2022-10276, *Department of Legal Affairs v. Morgan & Morgan*, now closed with the State of Florida Department of Legal Affairs.</u>

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Respectfully submitted,

/S/Rachel L.T. Rodriguez
Rachel L.T. Rodriguez, Esq.
Florida Bar No. 110425
VIRES LAW GROUP, PLLC
515 N. Flagler Dr., Ste 350
West Palm Beach, FL 33401
E-mail: rrodriguez@vireslaw.group
Phone: 561-370-7383

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send a notice of electronic filing to all counsel of record.

/S/Rachel L.T. Rodriguez

*Attorney for Plaintiff*