# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JAMES GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:25-CV-00203 |
| ) | |
| MORGAN & MORGAN, P.A., and ) | |
| MORGAN & MORGAN ) | |
| JACKSONVILLE PLLC ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### DECLARATION OF JAMES GORDON

1. My full name is James Gordon, and I am Plaintiff in the above-captioned case.

2. On May 16, 2022, HR Director for Defendant Morgan & Morgan Jacksonville PLLC, Tonya Williams, presented to me the document whose photocopy is attached hereto entitled SEPARATION AGREEMENT & GENERAL RELEASE.

3. I had no part whatsoever in the drafting or revision of the document, and I was not given opportunity to revise it. Defendants represented by Ms. Williams, Michael Marrese, Esq. and Jason Miller, Esq. demanded that I decide to execute or not execute the document as drafted and presented to me.

4. The document speaks for itself and identifies in the opening paragraph: "Morgan & Morgan, Jacksonville, PLLC, Morgan & Morgan Jacksonville Management, Inc., and Morgan & Morgan, P.A., and all other Morgan & Morgan law firm entities (hereafter "Employer")."

5. Further, when I had paid time off ("PTO") corrections regarding the terms and benefits of my employment, only John Morgan, a principal of Morgan & Morgan, P.A. had authority to restore my employee benefits.

6. After years of attempts to resolve my PTO balance issue with managing partners of the Jacksonville office Greg Prysock, Esq. and Mr. Miller, as well as dealing with Jacksonville office employes Ms. Williams, Mr. Marrese and Donny Owens, Esq., the issue was only resolved by an email from John Morgan. On July 9, 2021, John Morgan wrote in an email to Mr. Miller, managing partner of the Jacksonville office, along with Matt Morgan, Casey Rueben, Director of Human Resources of Orlando and Ms. Williams, of Jacksonville. The email stated "We have to honor Greg's promise". Thereafter, my PTO balance was finally restored.

I declare under penalties of perjury that the foregoing facts are true and accurate to the best of my knowledge and recollection.

This 22 day of May, 2025.

*James Gordon*

James Gordon